UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| CHARLES ELMER KOVARY, #247122, )<br>Petitioner, )<br> )<br>-v- )<br> )<br>DUNCAN MACLAREN, )<br>Respondent. )<br> ) | No. 2:15-cv-85<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending issues.  As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS MATTER IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 11, 2020                              /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge